ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| RACHEL LYNN PIGOTT<br>F/K/A RACHEL LYNN BLAYLOCK,<br>   Plaintiff, | §<br>§<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 4:15-CV-00087-A |
| CHASE BANK USA, N.A.<br>D/B/A CHASE,<br>   Defendant. | §<br>§<br>§<br>§ | |

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Local Rule 7.4 and FED. R. CIV. P. 7.1, Chase Bank USA, N.A. ("CB USA") submits the following Disclosure Statement that identifies with regard to all non-governmental corporate parties, any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation and which provides a complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations or other legal entities that are financially interested in the outcome of the case.

1. <u>Plaintiff</u>: Rachel Lynn Pigott f/k/a Racyel Lynn Blaylock is an individual citizen of Texas.

2. <u>Plaintiffs' counsel</u>: James J. Manchee and Marilyn S. Altamira, Manchee & Manchee, P.C.

3. <u>Defendant</u>: Chase Bank USA, N.A., is a wholly-owned indirect subsidiary of JPMorgan Chase & Co., a publicly traded company (trading symbol: JPM).

4. <u>Defendant's Counsel</u>: Wm. Lance Lewis and Kenneth A. Hill, Quilling, Selander, Lownds, Winslett & Moser, P.C.

        Respectfully submitted,

        QUILLING, SELANDER, LOWNDS
           WINSLETT & MOSER, P.C.
        2001 Bryan Street, Suite 1800
        Dallas, Texas 75201-4240
        (214) 871-2100 (Telephone)
        (214) 871-2111 (Facsimile)

        _/s/ Kenneth A. Hill_

        Wm. Lance Lewis
        Texas Bar No. 12314560
        Kenneth A. Hill
        Texas Bar No. 09646950
        llewis@qslwm.com
        kenhill@qslwm.com
        ATTORNEYS FOR CHASE BANK USA, N.A.

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document has been served on all counsel of record on this the 4th day of March, 2015, in accordance with the Texas Rules of Civil Procedure.

James J. Manchee
Marilyn S. Altamira
Manchee & Manchee, PC
12221 Merit Drive, Suite 950
Dallas, Texas 75251

                                              _/s/ Kenneth A. Hill_
                                              Kenneth A. Hill

4833-0702-2881, v. 1