Case 4:15-cv-00087-A Document 12 Filed 03/27/15 Page 1 of 2 PageID 65

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR 27 2015

CLERK, U.S. DISTRICT COURT
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| RACHEL LYNN PIGOTT F/K/A RACHEL LYNN BLAYLOCK, Plaintiff, | § § § § | |
| v. | § | CIVIL ACTION NO. 4:15-CV-00087-A |
| CHASE BANK USA, N.A. D/B/A CHASE, Defendant. | § § § § § | |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE JOHN McBRYDE, UNITED STATES DISTRICT JUDGE:

Rachel Lynn Pigott f/k/a Racyel Lynn Blaylock (the "Plaintiff") and Chase Bank USA, N.A. (the "Defendant"), being all of the parties to this lawsuit (Plaintiff and Defendant together, the "Parties"), file this Joint Notice of Settlement and would respectfully show as follows:

1. The Plaintiff commenced this action against the Defendant by filing his Complaint in this Court on February 5, 2015 (Dkt. No. 1).

2. The Parties hereby notify the Court that they have reached a settlement of all matters involved in this lawsuit. The Parties are preparing a settlement agreement. The Parties respectfully request that the deadlines and settings, and any other matters in this case, be stayed due to the pending settlement.

3. The Parties also ask that the Court retain jurisdiction and keep the case open until the settlement can be completed. The Parties anticipate filing a joint motion or stipulation to dismiss this lawsuit with prejudice within 60 days.

WHEREFORE PREMISES CONSIDERED, the Parties notify the Court that they have settled all matters involved in this case. They respectfully request, however, that the Court retain

jurisdiction over the case and keep it open, but stay all pending deadlines, settings and other matters, until such time as the Parties can prepare and file formal dismissal papers.

Respectfully submitted,

_/s/ James J. Manchee_
James J. Manchee
Jim@mancheelawfirm.com
State Bar No. 00796988
Marilyn S. Altamira
Maltamira@mancheelawfirm.net
12221 Merit Drive, Suite 950
Dallas, TX 75251
(972) 960-2240 (Telephone)
(972) 233-0713 (Facsimile)
ATTORNEYS FOR THE PLAINTIFF

and

_/s/_
Wm. Lance Lewis
State Bar No. 12314560
Kenneth A. Hill
State Bar No. 09646950
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
ATTORNEYS FOR THE DEFENDANT

4830-9314-4610, v. 1