UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

APR - 3 2015

CLERK, U.S. DISTRICT COURT
By _____
         Deputy

MINUTE ORDER -TELEPHONE CONFERENCE/HEARING

JUDGE: McBryde
LAW CLERK: Susanna Johnson
COURT REPORTER: Debbie Saenz

Case No.: 4:15-CV-0087-A
Rachel Lynn Pigott v. Chase Bank USA, N.A.

Date Held: 04-03-15   Time:  2:30 p.m.-2:35 p.m. (5 minutes)

Plaintiffs' counsel:    James J. Manchee

Defendants' counsel: Ken Hill

Telephone conference re:  Notice of Settlement.

Per the parties' agreement, the court dismissed the action with prejudice, with the costs of court and attorney's fees to be borne by each party who incurred same.

Order to follow.

Conference concluded.