

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| RACHEL LYNN PIGOTT, § | | |
| F/K/A RACHEL LYNN BLAYLOCK, § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| VS. § | NO. 4:15-CV-087-A | |
| § | | |
| CHASE BANK USA, N.A., § | | |
| D/B/A CHASE, § | | |
| § | | |
| Defendant. § | | |

### FINAL JUDGMENT

Consistent with the discussion had and rulings made during the telephone conference/hearing with counsel for plaintiff and counsel for defendant on the line, conducted on the date of the signing of this final judgment,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted in the above-captioned action by plaintiff, Rachel Lynn Pigott, against defendant, Chase Bank USA, N.A., be, and are hereby, dismissed with prejudice.

The court further ORDERS, ADJUDGES, and DECREES that each party to this action is to bear the costs of court and attorney's fees incurred by such party.

SIGNED April 3 2015.

_____
JOHN McBRYDE
United States District Judge